COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Judgment on rehearing rendered and mailed to all parties or counsel of record on November 20, 2024

**REHEARING ACTION: November 20, 2024**

**Docket Number: 24   00020-CA**

**GREGORY CHANK
VERSUS
STARR INDEMNITY & LIABILITY
INSURANCE COMPANY, ET AL.**

**Appealed from St. Landry Parish Case No. 19-C-0608-B**

**BEFORE JUDGES:**

> **Hon. Jonathan W. Perry
> Hon. Ledricka J. Thierry
> Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the applications

for rehearing filed by:

1. **Stripe-A-Zone-LA, LLC**

   **AND**

2. **State of Louisiana, through the Department of Transportation & Development**

have this day been **DENIED.**

cc: Andrew Holleman Meyers, Counsel for the Appellee
    Ronald Shane Bryant, Counsel for the Appellee
    Jeannie C. Prudhomme, Counsel for the Appellee
    Andre M. Boudreaux, Counsel for the Appellee
    Scott M. Richard, Counsel for the Appellee
    Kenneth P. Hebert, Counsel for the Appellee
    Jerome H. Moroux, Counsel for the Appellee
    Abby Roberts Lukov, Counsel for the Appellee
    Jean Ann Billeaud, Counsel for the Appellant
    Jeffrey Allan Riggs, Counsel for the Appellant
    Charles J. Foret, Counsel for the Appellee
    Kevin Joseph Koenig, Counsel for the Appellee
    Kathleen P. Rice, Counsel for the Appellee
    Fernand Forrester Willoz, IV, Counsel for the Appellee